# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. Luz Corujo            Docket No. 3:02CR00126(DJS)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Xenia T. Gray, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Luz Corujo who was sentenced to Probation for a violation of 18 U.S.C. § 1325(c), Marriage Fraud, by the Honorable Dominic J. Squatrito, Senior U.S. District Judge sitting in the court at Hartford on October 23, 2002, who fixed the period of probation at 5 years which commenced on October 23, 2002 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a program approved by the United States Probation Officer for substance abuse treatment, either inpatient or outpatient, to include random testing to determine if the defendant has reverted to the use fo drugs. The defendant shall pay, in an amount to be determined by the probation officer; 2) The defendant shall participate in a program approved by the United States Probation Officer for mental health treatment, either inpatient of outpatient. The defendant shall pay all, or a portion of the costs associated with treatment based on her ability to pay, in an amount to be determined by the Probation Officer; and 3) The defendant shall obtain and maintain full-time employment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of probation:

Charge No.: 1 " The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician." During an office visit on October 31, 2006, the defendant admitted to smoking marijuana. The urinalysis was returned from Scientific Testing Laboratories as negative.

Charge No.: 2: "You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." Since the commencement of supervision, the defendant's reporting habits have been extremely inconsistent. In September 2006, Ms. Corujo was instructed to report to the probation office once per week and between September 2006 and January 11, 2007, she subsequently missed 13 appointments. On January 12, 2007, Ms. Corujo reported to the probation office with her attorney and was instructed to report to the probation office on a weekly basis and to date she has missed 10 appointments. The defendant last reported to the probation office on April 17, 2007.

Charge No.: 3 "The defendant shall participate in a program approved by the United States Probation Officer for mental health treatment, either inpatient or outpatient. The defendant shall pay all, or a portion of the costs associated with treatment based on her ability to pay, in an amount to be determined by the Probation Officer." The defendant was referred to Wheeler Clinic for a mental health and drug evaluation in June 2006. To date, she has cancelled four scheduled appointments for the initial evaluation.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Luz Corujo to appear before this court at Hartford, Connecticut on 6/5/07 at 11:00 p.m. to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 23rd day of May, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Dominic J. Squatrito
Senior United States District Judge

Sworn to By

Xenia T. Gray
United States Probation Officer

Place Hartford, CT
Date 5/23/07

Before me, The Honorable Dominic J. Squatrito, Senior United States District Judge, on this 23rd day of May, 2007, at Hartford, Connecticut, U.S. Probation Officer Xenia T. Gray appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Dominic J. Squatrito
Senior United States District Judge