UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CASE NO. 3:02CR126(DJS) |
| LUZ CORUJO : | |

TRANSFER ORDER

In the interest of justice, the above captioned case is hereby transferred to the <u>Honorable *Alvin W. Thompson*, United States District Judge.</u>  All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>Hartford, Connecticut and bear the docket number *3:02CR 126(AWT)*</u>. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

It is so **ORDERED**.

Dated at Hartford, Connecticut this 25th day of May 2007.

/s/ DJS
Dominic J. Squatrito
U.S. District Judge