UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2007 OCT 24  A 11: 32
U.S. DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Criminal Number: 3:02CR00126(AWT) |
| LUZ CORUJO | : | October 19, 2007 |

## ORDER DISMISSING VIOLATION OF PROBATION AND CONTINUING PROBATION

The above-named defendant pled guilty before the Honorable Dominic J. Squatrito, U.S. District Court Judge at Hartford, Connecticut on October 23, 2002, and was sentenced to a period of probation for five years. The following special conditions were imposed: 1) The defendant shall participate in a program approved by the United States Probation Officer for substance abuse treatment, either inpatient or outpatient, to include random testing to determine if the defendant has reverted to the use of drugs. The defendant shall pay, in an amount to be determined by the probation officer; 2) The defendant shall participate in a program approved by the United States Probation Officer for mental health treatment, either inpatient of outpatient. The defendant shall pay all, or a portion of the costs associated with treatment based on her ability to pay, in an amount to be determined by the Probation Officer; and 3) The defendant shall obtain and maintain full-time employment.

The defendant was brought before the Honorable Alvin W. Thompson, U.S. District Judge in Hartford, Connecticut on June 14, 2007, for an alleged Violation of Probation as set forth with particularity in a Probation Form 12 filed with the Court on May 23, 2007. Ms. Corujo was represented by attorney Gary D. Weinberger. The Court ordered that Ms. Corujo undergo a

psychiatric evaluation and to participate in mental health treatment as deemed appropriate. The matter was continued until October 16, 2007.

Subsequently the Court was advised that the defendant was in compliance with the conditions of probation.

NOW, THEREFORE, it is ordered that the Violation of Probation be dismissed.

Signed this 23rd day of October, 2007, at Hartford, Connecticut.

The Honorable Alvin W. Thompson
U. S. District Judge